Petix v Ryan (2023 NY Slip Op 03155)

Petix v Ryan

2023 NY Slip Op 03155

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

525 CA 22-00749

[*1]LOUIS S. PETIX AND LENORE LOHMAIER, INDIVIDUALLY AND AS TRUSTEES/EXECUTORS OF THE ESTATE OF JEAN M. PETIX, FBO JOSEPH PETIX, PLAINTIFFS-RESPONDENTS,
v
MICHAEL THOMAS RYAN, DEFENDANT-APPELLANT. 

JUSTIN S. WHITE, WILLIAMSVILLE, FOR DEFENDANT-APPELLANT.
WOODS OVIATT GILMAN LLP, ROCHESTER (WILLIAM E. BRUECKNER OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered May 3, 2022. The order denied defendant's motion for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court